IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

---

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| **FIRST BRANDS GROUP, LLC**, *et al.*,[1] | : | Case No. 25-90399 (CML) |
| Debtors. | : | (Jointly Administered) |

---

| | | |
|---|---|---|
| **FIRST BRANDS GROUP, LLC**, *et al.*, | : | |
| Plaintiffs, | : | Adv. Pro. No. 25-_____ (CML) |
| v. | : | |
| **PATRICK JAMES, THE PATRICK JAMES TRUST, ALBION REALTY, LLC, ALESTER TECHNOLOGIES LLC, BATTERY PARK HOLDINGS LLC, BOND STREET ASSET MANAGEMENT LLC, IGNITE ACQUISITION HOLDINGS LLC, LARCHMONT LLC, PEGASUS AVIATION, LLC, JOHN AND JANE DOE(S) 1-100, and ABC CORPORATION(S) 1-100,** | : | |
| Defendants. | : | |

**SUMMONS IN AN ADVERSARY PROCEEDING**

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this

---

[1] A complete list of Debtors in these chapter 11 cases may be obtained on the website of Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

    Address of the clerk:

**Nathan Ochsner**
Clerk of Court
P. O. Box 61010
Houston, TX 77208

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

    **WEIL, GOTSHAL & MANGES LLP**
    **Gabriel A. Morgan (24125891)**
    **Clifford W. Carlson (24090024)**
    700 Louisiana Street, Suite 3700
    Houston, Texas 77002
    Telephone: (713) 546-5000
    Facsimile: (713) 224-9511
    Email:  gabriel.morgan@weil.com
             clifford.carlson@weil.com

    -and-

    **WEIL, GOTSHAL & MANGES LLP**
    **Matthew S. Barr (admitted *pro hac vice*)**
    **Sunny Singh (admitted *pro hac vice*)**
    **David Lender (*pro have vice* pending)**
    **Nili T. Moghaddam (*pro have vice* pending)**
    **Robert Niles-Weed (*pro have vice* pending)**
    767 Fifth Avenue
    New York, New York 10153
    Telephone: (212) 310-8000
    Facsimile: (212) 310-8007
    Email:  matt.barr@weil.com
             sunny.singh@weil.com
             david.lender@weil.com
             nili.moghaddam@weil.com
             robert.niles-weed@weil.com

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

B2500A (Form 2500A) (12/15)

Date: November 4, 2025

Nathan Ochsner, Clerk of Court

 s/ Sumyya Wright
Signature of Clerk or Deputy Clerk

3

# CERTIFICATE OF SERVICE

I, _____ (name), certify that service of this summons and a copy of the complaint was made _____ (date) by:

☐ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

☐ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date _____  Signature _____

Print Name:

Business Address: