United States Bankruptcy Court
Southern District of Texas

**ENTERED**

November 04, 2025

Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT                    SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 25-90399 (CML) |
|---|---|---|---|
| Debtor | In re: First Brands Group, LLC, *et al.* | | |

This lawyer, who is admitted to the State Bar of New York:

| | |
|---|---|
| Name | Nili T. Moghaddam |
| Firm | Weil, Gotshal & Manges LLP |
| Street | 767 Fifth Avenue |
| City & Zip Code | New York, New York 10153 |
| Telephone | (212) 310-8016 |
| Email | Nili.Moghaddam@weil.com |
| Licensed: State & Number | New York / 4189254 |

Seeks to appear as the attorney for this party:

| *First Brands Group, LLC and its debtor affiliates, as debtors and debtors in possession* | |
|---|---|
| Dated: November 3, 2025 | Signed: */s/ Nili T. Moghaddam* |

| COURT USE ONLY: The applicant's state bar reports their status as: _____. | |
|---|---|
| Dated: | Signed: _____ <br> Deputy Clerk |

Order

This lawyer is admitted *pro hac vice*.

Signed: November 04, 2025        _____

Christopher Lopez
United States Bankruptcy Judge