United States Bankruptcy Court
Southern District of Texas
**ENTERED**
November 04, 2025
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT       SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 25-90399 (CML) |
|---|---|---|---|
| Debtor | In re: First Brands Group, LLC, *et al.* | | |

This lawyer, who is admitted to the State Bar of New York:

| | |
|---|---|
| Name | Robert B. Niles-Weed |
| Firm | Weil, Gotshal & Manges LLP |
| Street | 767 Fifth Avenue |
| City & Zip Code | New York, New York 10153 |
| Telephone | (212) 310-8651 |
| Email | Robert.Niles-Weed@weil.com |
| Licensed: State & Number | New York / 5565569 |

Seeks to appear as the attorney for this party:

*First Brands Group, LLC and its debtor affiliates, as debtors and debtors in possession*

Dated: November 3, 2025    Signed: /s/ Robert B. Niles-Weed

COURT USE ONLY: The applicant's state bar reports their status as: _____.

Dated:    Signed: _____
Deputy Clerk

Order

This lawyer is admitted *pro hac vice*.

Signed: November 04, 2025

Christopher Lopez
United States Bankruptcy Judge