# Exhibit A

**Weil, Gotshal & Manges LLP**

PERSONAL AND CONFIDENTIAL

767 Fifth Avenue
New York, NY 10153-0119
Phone: +1 212 310 8000
Fax: +1 212 310 8007

**Robert S. Berezin**
+1 212-310-8884
robert.berezin@weil.com

October 24, 2025

Erica S. Weisgerber
Debevoise &Plimpton LLP
66 Hudson Boulevard
New York, NY 10001
eweisgerber@debevoise.com

Re:  Novares Subsidiaries

Dear Erica:

We are in receipt of your letters dated October 12 and October 13, 2025 concerning the dispute about whether the Novares Subsidiaries are direct or indirect subsidiaries of First Brands Group, LLC.  The answer is clearly yes.  Indeed, as the documents show, as early as December 2024, members of the relevant entities, including Global Technologies S.A.R.L. and First Brands Group, LLC, agreed to transfer the North American operations of Novares to First Brands Group, LLC in exchange for the assumption indirectly of certain liabilities and payment of twenty-seven million euros by First Brands Group, LLC for that business.  First Brands Group, LLC fully performed these obligations, and the course of performance since has confirmed ownership resides in First Brands Group, LLC. This is entirely consistent with representations made to third parties, including Santander, Factofrance and other lending parties.

In addition to the above, the following are a few highlights of the evidence demonstrating that the Novares Subsidiaries are owned by the First Brands Group, LLC:

- A December 2024 Santander Bank side letter agreement in which First Brands Group, LLC undertook to become the owner of the Novares Subsidiaries.

- Documentation that FBG paid €27.5M through Butterworth Capital Management, LLC for the sale of the Novares Subsidiaries and assumed certain liabilities.

- Confirmation from Michael Baker to Factofrance that the Novares Subsidiaries are indirectly owned by First Brands Group.

eweisgerber@debevoise.com  **Weil, Gotshal & Manges LLP**
October 24, 2025
Page 2

- Amended organizational document for Novares Intermediate Holdings, Inc. that reflects the ownership change.

- Presentations stating that Novares' North American business was part of the First Brands Group.

- The Debtors' organizational chart shows the Novares Subsidiaries as sitting beneath First Brands Group. LLC.

This dispute has prevented the Debtors from protecting the value of the Novares Subsidiaries and the First Brands Group, LLC as a whole, and must be resolved immediately. Absent such a settlement, the Debtors will be forced to assert all rights and remedies, including but not limited to immediately seeking appropriate relief from the Bankruptcy Court or another court of competent jurisdiction.

Sincerely,

/s/ Robert Berezin

CC: Kevin Bostel
    Sunny Singh
    Chuck Moore