# Exhibit B



53, Boulevard Royal
L-2449 Luxembourg
+352 28 26 11 17 | EIS@ebury.com | https://www.ebury.lu/

### Client Details

Global Technologies S.a.r.l.
5 Rue Guillaume J. Kroll,
Cessanage
Cessanage
L-1882 · Luxembourg

# Payment Receipt

Receipt Nr. EBPPI5148371

**Value Date:** 22 May 2025
**Amount Sent:** USD 1,120,000.00

## Transaction Summary

**Account Number:** ▮▮▮▮▮

**Order Date:** 22/05/2025

**Ordered By:** Mr. Shekhar Kumar

**Required funds for Payment:** USD 1,120,000.00

## Payment Details

**Payment Instruction (Amount sent):** USD 1,120,000.00

**Value Date:** 22/05/2025

**Beneficiary:** First Brands Group, LLC

**Beneficiary Bank Name:** Bank of America, National Association

**Beneficiary Account:** ▮▮▮▮▮▮▮▮▮

**Payment reference:** Global Technologies S.a.r.l. EBPOTR4126309

## Thank you for choosing Ebury.

Contact your Corporate Foreign Exchange Consultant on +352 28 26 11 17 if you have any questions .
This is a Transaction Receipt as per Ebury Partners Belgium NV's Terms and Conditions.



53, Boulevard Royal
L-2449 Luxembourg
+352 28 26 11 17 | EIS@ebury.com | https://www.ebury.lu/

## Client Details

Global Technologies S.a.r.l.
5 Rue Guillaume J. Kroll,
Cessanage
Cessanage
L-1882 · Luxembourg

# Payment Receipt

Receipt Nr. EBPPI5051884

**Value Date:** 23 April 2025
**Amount Sent:** EUR 5,000,000.00

## Transaction Summary

**Account Number:** ▮▮▮▮▮

**Order Date:** 23/04/2025

**Ordered By:** Mr. Shekhar Kumar

**Required funds for Payment:** EUR 5,000,000.00

## Payment Details

**Payment Instruction (Amount sent):** EUR 5,000,000.00

**Value Date:** 23/04/2025

**Beneficiary:** CEQUENT NEDERLAND HOLDINGS B.V.

**Beneficiary Bank Name:** HSBC Continental Europe S.A

**Beneficiary Account:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**Payment reference:** Global Technologies S.a.r.l. PI5051884

## Thank you for choosing Ebury.

Contact your Corporate Foreign Exchange Consultant on +352 28 26 11 17 if you have any questions .
This is a Transaction Receipt as per Ebury Partners Belgium NV's Terms and Conditions.



53, Boulevard Royal
L-2449 Luxembourg
+352 28 26 11 17 | EIS@ebury.com | https://www.ebury.lu/

**Client Details**

Global Technologies S.a.r.l.
5 Rue Guillaume J. Kroll,
Cessanage
Cessanage
L-1882 · Luxembourg

# Payment Receipt

Receipt Nr. EBPPI5062715

**Value Date:** 28 April 2025
**Amount Sent:** EUR 3,900,000.00

## Transaction Summary

**Account Number:** ▮▮▮▮▮

**Order Date:** 25/04/2025

**Ordered By:** Mr. Shekhar Kumar

**Required funds for Payment:** EUR 3,900,000.00

## Payment Details

**Payment Instruction (Amount sent):** EUR 3,900,000.00

**Value Date:** 28/04/2025

**Beneficiary:** First Brands Group, LLC

**Beneficiary Bank Name:** Bank of America, National Association

**Beneficiary Account:** ▮▮▮▮▮▮▮▮

**Payment reference:** Global Technologies S.a.r.l. PI5062715

Thank you for choosing Ebury.

Contact your Corporate Foreign Exchange Consultant on +352 28 26 11 17 if you have any questions .
This is a Transaction Receipt as per Ebury Partners Belgium NV's Terms and Conditions.



53, Boulevard Royal
L-2449 Luxembourg
+352 28 26 11 17 | EIS@ebury.com | https://www.ebury.lu/

**Client Details**

Global Technologies S.a.r.l.
5 Rue Guillaume J. Kroll,
Cessanage
Cessanage
L-1882 · Luxembourg

# Payment Receipt

Receipt Nr. EBPPI5062955

**Value Date:** 28 April 2025
**Amount Sent:** EUR 1,250,000.00

## Transaction Summary

**Account Number:** ▮▮▮▮

**Order Date:** 25/04/2025

**Ordered By:** Mr. Shekhar Kumar

**Required funds for Payment:** EUR 1,250,000.00

## Payment Details

**Payment Instruction (Amount sent):** EUR 1,250,000.00

**Value Date:** 28/04/2025

**Beneficiary:** First Brands Group, LLC

**Beneficiary Bank Name:** Bank of America, National Association

**Beneficiary Account:** ▮▮▮▮▮▮

**Payment reference:** Global Technologies S.a.r.l. PI5062955

Thank you for choosing Ebury.

Contact your Corporate Foreign Exchange Consultant on +352 28 26 11 17 if you have any questions .
This is a Transaction Receipt as per Ebury Partners Belgium NV's Terms and Conditions.



53, Boulevard Royal
L-2449 Luxembourg
+352 28 26 11 17 | EIS@ebury.com | https://www.ebury.lu/

## Client Details

Global Technologies S.a.r.l.
5 Rue Guillaume J. Kroll,
Cessanage
Cessanage
L-1882 · Luxembourg

# Payment Receipt

Receipt Nr. EBPPI5072275

**Value Date:** 29 April 2025
**Amount Sent:** USD 1,400,000.00

## Transaction Summary

**Account Number:** ▮▮▮▮

**Order Date:** 29/04/2025

**Ordered By:** Mr. Shekhar Kumar

**Required funds for Payment:** USD 1,400,000.00

## Payment Details

**Payment Instruction (Amount sent):** USD 1,400,000.00

**Value Date:** 29/04/2025

**Beneficiary:** First Brands Group, LLC

**Beneficiary Bank Name:** Bank of America, National Association

**Beneficiary Account:** ▮▮▮▮▮▮▮▮

**Payment reference:** Global Technologies S.a.r.l. PI5072275

## Thank you for choosing Ebury.

Contact your Corporate Foreign Exchange Consultant on +352 28 26 11 17 if you have any questions .
This is a Transaction Receipt as per Ebury Partners Belgium NV's Terms and Conditions.



53, Boulevard Royal
L-2449 Luxembourg
+352 28 26 11 17 | EIS@ebury.com | https://www.ebury.lu/

**Client Details**

Global Technologies S.a.r.l.
5 Rue Guillaume J. Kroll,
Cessanage
Cessanage
L-1882 · Luxembourg

# Payment Receipt

Receipt Nr. EBPPI5094045

**Value Date:** 07 May 2025
**Amount Sent:** USD 2,240,000.00

## Transaction Summary

**Account Number:** ▮▮▮▮

**Order Date:** 06/05/2025

**Ordered By:** Mr. Shekhar Kumar

**Required funds for Payment:** USD 2,240,000.00

## Payment Details

**Payment Instruction (Amount sent):** USD 2,240,000.00

**Value Date:** 07/05/2025

**Beneficiary:** First Brands Group, LLC

**Beneficiary Bank Name:** Bank of America, National Association

**Beneficiary Account:** ▮▮▮▮▮▮▮▮

**Payment reference:** Global Technologies S.a.r.l. PI5094045

## Thank you for choosing Ebury.

Contact your Corporate Foreign Exchange Consultant on +352 28 26 11 17 if you have any questions .
This is a Transaction Receipt as per Ebury Partners Belgium NV's Terms and Conditions.



53, Boulevard Royal
L-2449 Luxembourg
+352 28 26 11 17 | EIS@ebury.com | https://www.ebury.lu/

**Client Details**

Global Technologies S.a.r.l.
5 Rue Guillaume J. Kroll,
Cessanage
Cessanage
L-1882 · Luxembourg

# Payment Receipt

Receipt Nr. EBPPI5098381

**Value Date:** 08 May 2025
**Amount Sent:** USD 1,675,000.00

## Transaction Summary

**Account Number:** ▮▮▮▮▮

**Order Date:** 07/05/2025

**Ordered By:** Mr. Shekhar Kumar

**Required funds for Payment:** USD 1,675,000.00

## Payment Details

**Payment Instruction (Amount sent):** USD 1,675,000.00

**Value Date:** 08/05/2025

**Beneficiary:** First Brands Group, LLC

**Beneficiary Bank Name:** Bank of America, National Association

**Beneficiary Account:** ▮▮▮▮▮▮▮▮▮▮

**Payment reference:** Global Technologies S.a.r.l. PI5098381

## Thank you for choosing Ebury.

Contact your Corporate Foreign Exchange Consultant on +352 28 26 11 17 if you have any questions .
This is a Transaction Receipt as per Ebury Partners Belgium NV's Terms and Conditions.



53, Boulevard Royal
L-2449 Luxembourg
+352 28 26 11 17 | EIS@ebury.com | https://www.ebury.lu/

**Client Details**

Global Technologies S.a.r.l.
5 Rue Guillaume J. Kroll,
Cessanage
Cessanage
L-1882 · Luxembourg

# Payment Receipt

Receipt Nr. EBPPI5108345

**Value Date:** 09 May 2025
**Amount Sent:** USD 2,765,000.00

## Transaction Summary

**Account Number:** ▮▮▮▮

**Order Date:** 09/05/2025

**Ordered By:** Mr. Shekhar Kumar

**Required funds for Payment:** USD 2,765,000.00

## Payment Details

**Payment Instruction (Amount sent):** USD 2,765,000.00

**Value Date:** 09/05/2025

**Beneficiary:** First Brands Group, LLC

**Beneficiary Bank Name:** Bank of America, National Association

**Beneficiary Account:** ▮▮▮▮▮▮▮▮

**Payment reference:** Global Technologies S.a.r.l. PI5108345

Thank you for choosing Ebury.

Contact your Corporate Foreign Exchange Consultant on +352 28 26 11 17 if you have any questions .
This is a Transaction Receipt as per Ebury Partners Belgium NV's Terms and Conditions.



53, Boulevard Royal
L-2449 Luxembourg
+352 28 26 11 17 | EIS@ebury.com | https://www.ebury.lu/

### Client Details

Global Technologies S.a.r.l.
5 Rue Guillaume J. Kroll,
Cessanage
Cessanage
L-1882 · Luxembourg

# Payment Receipt

Receipt Nr. EBPPI5111899

**Value Date:** 12 May 2025
**Amount Sent:** USD 3,850,000.00

## Transaction Summary

**Account Number:** ▮▮▮▮

**Order Date:** 12/05/2025

**Ordered By:** Mr. Shekhar Kumar

**Required funds for Payment:** USD 3,850,000.00

## Payment Details

**Payment Instruction (Amount sent):** USD 3,850,000.00

**Value Date:** 12/05/2025

**Beneficiary:** First Brands Group, LLC

**Beneficiary Bank Name:** Bank of America, National Association

**Beneficiary Account:** ▮▮▮▮▮▮▮▮

**Payment reference:** Global Technologies S.a.r.l. PI5111899

## Thank you for choosing Ebury.

Contact your Corporate Foreign Exchange Consultant on +352 28 26 11 17 if you have any questions .
This is a Transaction Receipt as per Ebury Partners Belgium NV's Terms and Conditions.



53, Boulevard Royal
L-2449 Luxembourg
+352 28 26 11 17 | EIS@ebury.com | https://www.ebury.lu/

## Client Details

Global Technologies S.a.r.l.
5 Rue Guillaume J. Kroll,
Cessanage
Cessanage
L-1882 · Luxembourg

# Payment Receipt

Receipt Nr. EBPPI5116581

**Value Date:** 13 May 2025
**Amount Sent:** USD 2,180,000.00

## Transaction Summary

**Account Number:** ▮▮▮▮▮

**Order Date:** 13/05/2025

**Ordered By:** Mr. Shekhar Kumar

**Required funds for Payment:** USD 2,180,000.00

## Payment Details

**Payment Instruction (Amount sent):** USD 2,180,000.00

**Value Date:** 13/05/2025

**Beneficiary:** First Brands Group, LLC

**Beneficiary Bank Name:** Bank of America, National Association

**Beneficiary Account:** ▮▮▮▮▮▮▮▮

**Payment reference:** Global Technologies S.a.r.l. PI5116581

## Thank you for choosing Ebury.

Contact your Corporate Foreign Exchange Consultant on +352 28 26 11 17 if you have any questions .
This is a Transaction Receipt as per Ebury Partners Belgium NV's Terms and Conditions.



53, Boulevard Royal
L-2449 Luxembourg
+352 28 26 11 17 | EIS@ebury.com | https://www.ebury.lu/

## Client Details

Global Technologies S.a.r.l.
5 Rue Guillaume J. Kroll,
Cessanage
Cessanage
L-1882 · Luxembourg

# Payment Receipt

Receipt Nr. EBPPI5125071

**Value Date:** 15 May 2025
**Amount Sent:** USD 530,000.00

## Transaction Summary

**Account Number:** ▮▮▮▮

**Order Date:** 15/05/2025

**Ordered By:** Mr. Shekhar Kumar

**Required funds for Payment:** USD 530,000.00

## Payment Details

**Payment Instruction (Amount sent):** USD 530,000.00

**Value Date:** 15/05/2025

**Beneficiary:** First Brands Group, LLC

**Beneficiary Bank Name:** Bank of America, National Association

**Beneficiary Account:** ▮▮▮▮▮▮▮▮

**Payment reference:** Global Technologies S.a.r.l. PI5125071

## Thank you for choosing Ebury.

Contact your Corporate Foreign Exchange Consultant on +352 28 26 11 17 if you have any questions .
This is a Transaction Receipt as per Ebury Partners Belgium NV's Terms and Conditions.

# Ebury

53, Boulevard Royal
L-2449 Luxembourg
+352 28 26 11 17 | EIS@ebury.com | https://www.ebury.lu/

**Client Details**

Global Technologies S.a.r.l.
5 Rue Guillaume J. Kroll,
Cessanage
Cessanage
L-1882 · Luxembourg

# Payment Receipt

Receipt Nr. EBPPI5125520

**Value Date:** 15 May 2025
**Amount Sent:** USD 550,000.00

## Transaction Summary

**Account Number:** ▮▮▮▮▮

**Order Date:** 15/05/2025

**Ordered By:** Mr. Shekhar Kumar

**Required funds for Payment:** USD 550,000.00

## Payment Details

**Payment Instruction (Amount sent):** USD 550,000.00

**Value Date:** 15/05/2025

**Beneficiary:** First Brands Group, LLC

**Beneficiary Bank Name:** Bank of America, National Association

**Beneficiary Account:** ▮▮▮▮▮▮▮▮

**Payment reference:** Global Technologies S.a.r.l. EBPOTR4111613

Thank you for choosing Ebury.

Contact your Corporate Foreign Exchange Consultant on +352 28 26 11 17 if you have any questions .
This is a Transaction Receipt as per Ebury Partners Belgium NV's Terms and Conditions.



53, Boulevard Royal
L-2449 Luxembourg
+352 28 26 11 17 | EIS@ebury.com | https://www.ebury.lu/

## Client Details

Global Technologies S.a.r.l.
5 Rue Guillaume J. Kroll,
Cessanage
Cessanage
L-1882 · Luxembourg

# Payment Receipt

Receipt Nr. EBPPI5181142

**Value Date:** 02 June 2025
**Amount Sent:** USD 3,325,000.00

## Transaction Summary

**Account Number:** ▮▮▮▮▮

**Order Date:** 02/06/2025

**Ordered By:** Mr. Shekhar Kumar

**Required funds for Payment:** USD 3,325,000.00

## Payment Details

**Payment Instruction (Amount sent):** USD 3,325,000.00

**Value Date:** 02/06/2025

**Beneficiary:** First Brands Group, LLC

**Beneficiary Bank Name:** Bank of America, National Association

**Beneficiary Account:** ▮▮▮▮▮▮▮▮▮▮

**Payment reference:** Global Technologies S.a.r.l. EBPOTR4146399

**UETR:** af247fad-c0ae-428a-bbe2-12c649e41f57

## Thank you for choosing Ebury.

Contact your Corporate Foreign Exchange Consultant on +352 28 26 11 17 if you have any questions .
This is a Transaction Receipt as per Ebury Partners Belgium NV's Terms and Conditions.



53, Boulevard Royal
L-2449 Luxembourg
+352 28 26 11 17 | EIS@ebury.com | https://www.ebury.lu/

## Client Details

Global Technologies S.a.r.l.
5 Rue Guillaume J. Kroll,
Cessanage
Cessanage
L-1882 · Luxembourg

# Payment Receipt

Receipt Nr. EBPPI5186577

**Value Date:** 03 June 2025
**Amount Sent:** USD 3,310,000.00

## Transaction Summary

**Account Number:** ▮▮▮▮

**Order Date:** 03/06/2025

**Ordered By:** Mr. Shekhar Kumar

**Required funds for Payment:** USD 3,310,000.00

## Payment Details

**Payment Instruction (Amount sent):** USD 3,310,000.00

**Value Date:** 03/06/2025

**Beneficiary:** First Brands Group, LLC

**Beneficiary Bank Name:** Bank of America, National Association

**Beneficiary Account:** ▮▮▮▮▮▮▮▮

**Payment reference:** Global Technologies S.a.r.l. EBPOTR4149678

**UETR:** 0c69ab71-da3d-4484-9f7a-b870f204fb0c

## Thank you for choosing Ebury.

Contact your Corporate Foreign Exchange Consultant on +352 28 26 11 17 if you have any questions .
This is a Transaction Receipt as per Ebury Partners Belgium NV's Terms and Conditions.



53, Boulevard Royal
L-2449 Luxembourg
+352 28 26 11 17 | EIS@ebury.com | https://www.ebury.lu/

**Client Details**

Global Technologies S.a.r.l.
5 Rue Guillaume J. Kroll,
Cessanage
Cessanage
L-1882 · Luxembourg

# Payment Receipt

Receipt Nr. EBPPI5204558

**Value Date:** 09 June 2025
**Amount Sent:** USD 3,325,000.00

## Transaction Summary

**Account Number:** ▮▮▮▮

**Order Date:** 09/06/2025

**Ordered By:** Mr. Shekhar Kumar

**Required funds for Payment:** USD 3,325,000.00

## Payment Details

**Payment Instruction (Amount sent):** USD 3,325,000.00

**Value Date:** 09/06/2025

**Beneficiary:** First Brands Group, LLC

**Beneficiary Bank Name:** Bank of America, National Association

**Beneficiary Account:** ▮▮▮▮▮▮▮▮

**Payment reference:** Global Technologies S.a.r.l. EBPOTR4160772

**UETR:** 6f3f33b4-0a44-4675-93a5-8249d1836398

## Thank you for choosing Ebury.

Contact your Corporate Foreign Exchange Consultant on +352 28 26 11 17 if you have any questions .
This is a Transaction Receipt as per Ebury Partners Belgium NV's Terms and Conditions.

# Ebury

53, Boulevard Royal
L-2449 Luxembourg
+352 28 26 11 17 | EIS@ebury.com | https://www.ebury.lu/

## Client Details

Global Technologies S.a.r.l.
5 Rue Guillaume J. Kroll,
Cessanage
Cessanage
L-1882 · Luxembourg

# Payment Receipt

Receipt Nr. EBPPI5229686

**Value Date:** 16 June 2025
**Amount Sent:** USD 1,575,000.00

## Transaction Summary

**Account Number:** ▮▮▮▮▮▮

**Order Date:** 16/06/2025

**Ordered By:** Mr. Shekhar Kumar

**Required funds for Payment:** USD 1,575,000.00

## Payment Details

**Payment Instruction (Amount sent):** USD 1,575,000.00

**Value Date:** 16/06/2025

**Beneficiary:** First Brands Group, LLC

**Beneficiary Bank Name:** Bank of America, National Association

**Beneficiary Account:** ▮▮▮▮▮▮▮▮▮▮▮▮

**Payment reference:** Global Technologies S.a.r.l. PI5229686

**UETR:** e19ff82e-c1a6-4062-86ad-4715f6bfd0e2

## Thank you for choosing Ebury.

Contact your Corporate Foreign Exchange Consultant on +352 28 26 11 17 if you have any questions .
This is a Transaction Receipt as per Ebury Partners Belgium NV's Terms and Conditions.



53, Boulevard Royal
L-2449 Luxembourg
+352 28 26 11 17 | EIS@ebury.com | https://www.ebury.lu/

**Client Details**

Global Technologies S.a.r.l.
5 Rue Guillaume J. Kroll,
Cessanage
Cessanage
L-1882 · Luxembourg

# Payment Receipt

Receipt Nr. EBPPI5246240

**Value Date:** 20 June 2025
**Amount Sent:** USD 1,755,000.00

## Transaction Summary

**Account Number:** ▮▮▮▮

**Order Date:** 20/06/2025

**Ordered By:** Mr. Shekhar Kumar

**Required funds for Payment:** USD 1,755,000.00

## Payment Details

**Payment Instruction (Amount sent):** USD 1,755,000.00

**Value Date:** 20/06/2025

**Beneficiary:** First Brands Group, LLC

**Beneficiary Bank Name:** Bank of America, National Association

**Beneficiary Account:** ▮▮▮▮▮▮▮▮

**Payment reference:** Global Technologies S.a.r.l. PI5246240

**UETR:** 2c6a8f23-c9af-400d-95df-562bc109486c

## Thank you for choosing Ebury.

Contact your Corporate Foreign Exchange Consultant on +352 28 26 11 17 if you have any questions .
This is a Transaction Receipt as per Ebury Partners Belgium NV's Terms and Conditions.



53, Boulevard Royal
L-2449 Luxembourg
+352 28 26 11 17 | EIS@ebury.com | https://www.ebury.lu/

### Client Details

Global Technologies S.a.r.l.
5 Rue Guillaume J. Kroll,
Cessanage
Cessanage
L-1882 · Luxembourg

# Payment Receipt

Receipt Nr. EBPPI5303918

**Value Date:** 07 July 2025
**Amount Sent:** USD 3,400,000.00

## Transaction Summary

**Account Number:** ▮▮▮▮

**Order Date:** 07/07/2025

**Ordered By:** Mr. Shekhar Kumar

**Required funds for Payment:** USD 3,400,000.00

## Payment Details

**Payment Instruction (Amount sent):** USD 3,400,000.00

**Value Date:** 07/07/2025

**Beneficiary:** First Brands Group, LLC

**Beneficiary Bank Name:** Bank of America, National Association

**Beneficiary Account:** ▮▮▮▮▮▮▮▮▮▮

**Payment reference:** Global Technologies S.a.r.l. EBPOTR4225047

**UETR:** ded10aa4-3047-405d-890a-0e9e436e5649

## Thank you for choosing Ebury.

Contact your Corporate Foreign Exchange Consultant on +352 28 26 11 17 if you have any questions .
This is a Transaction Receipt as per Ebury Partners Belgium NV's Terms and Conditions.

# Ebury

53, Boulevard Royal
L-2449 Luxembourg
+352 28 26 11 17 | EIS@ebury.com | https://www.ebury.lu/

## Client Details

Global Technologies S.a.r.l.
5 Rue Guillaume J. Kroll,
Cessanage
Cessanage
L-1882 · Luxembourg

# Payment Receipt

Receipt Nr. EBPPI5347922

**Value Date:** 18 July 2025
**Amount Sent:** USD 1,000,000.00

## Transaction Summary

**Account Number:** ▉

**Order Date:** 18/07/2025

**Ordered By:** Mr. Shekhar Kumar

**Required funds for Payment:** USD 1,000,000.00

## Payment Details

**Payment Instruction (Amount sent):** USD 1,000,000.00

**Value Date:** 18/07/2025

**Beneficiary:** First Brands Group, LLC

**Beneficiary Bank Name:** Bank of America, National Association

**Beneficiary Account:** ▉

**Payment reference:** Global Technologies S.a.r.l. EBPOTR4252003

**UETR:** 7ca4bb90-3324-4540-85ae-3cc33afb5706

## Thank you for choosing Ebury.

Contact your Corporate Foreign Exchange Consultant on +352 28 26 11 17 if you have any questions .
This is a Transaction Receipt as per Ebury Partners Belgium NV's Terms and Conditions.

# Ebury

53, Boulevard Royal
L-2449 Luxembourg
+352 28 26 11 17 | EIS@ebury.com | https://www.ebury.lu/

### Client Details

Global Technologies S.a.r.l.
5 Rue Guillaume J. Kroll,
Cessanage
Cessanage
L-1882 · Luxembourg

# Payment Receipt

Receipt Nr. EBPPI5364078

**Value Date:** 24 July 2025
**Amount Sent:** USD 1,750,000.00

## Transaction Summary

**Account Number:** ▓▓▓▓

**Order Date:** 23/07/2025

**Ordered By:** Mr. Shekhar Kumar

**Required funds for Payment:** USD 1,750,000.00

## Payment Details

**Payment Instruction (Amount sent):** USD 1,750,000.00

**Value Date:** 24/07/2025

**Beneficiary:** First Brands Group, LLC

**Beneficiary Bank Name:** Bank of America, National Association

**Beneficiary Account:** ▓▓▓▓▓▓▓▓▓▓

**Payment reference:** Global Technologies S.a.r.l. PI5364078

**UETR:** c09aa19a-f883-452d-8fbd-1108daa9e7df

## Thank you for choosing Ebury.

Contact your Corporate Foreign Exchange Consultant on +352 28 26 11 17 if you have any questions .
This is a Transaction Receipt as per Ebury Partners Belgium NV's Terms and Conditions.



53, Boulevard Royal
L-2449 Luxembourg
+352 28 26 11 17 | EIS@ebury.com | https://www.ebury.lu/

## Client Details

Global Technologies S.a.r.l.
5 Rue Guillaume J. Kroll,
Cessanage
Cessanage
L-1882 · Luxembourg

# Payment Receipt

Receipt Nr. EBPPI5374037

**Value Date:** 25 July 2025
**Amount Sent:** USD 1,800,000.00

## Transaction Summary

**Account Number:** ▮▮▮▮▮

**Order Date:** 25/07/2025

**Ordered By:** Mr. Shekhar Kumar

**Required funds for Payment:** USD 1,800,000.00

## Payment Details

**Payment Instruction (Amount sent):** USD 1,800,000.00

**Value Date:** 25/07/2025

**Beneficiary:** First Brands Group, LLC

**Beneficiary Bank Name:** Bank of America, National Association

**Beneficiary Account:** ▮▮▮▮▮▮▮▮▮▮

**Payment reference:** Global Technologies S.a.r.l. EBPOTR4267860

**UETR:** bb4cba46-69ab-4221-b44c-b7050931ce64

## Thank you for choosing Ebury.

Contact your Corporate Foreign Exchange Consultant on +352 28 26 11 17 if you have any questions .
This is a Transaction Receipt as per Ebury Partners Belgium NV's Terms and Conditions.



53, Boulevard Royal
L-2449 Luxembourg
+352 28 26 11 17 | EIS@ebury.com | https://www.ebury.lu/

### Client Details

Global Technologies S.a.r.l.
5 Rue Guillaume J. Kroll,
Cessanage
Cessanage
L-1882 · Luxembourg

# Payment Receipt

Receipt Nr. EBPPI5378948

**Value Date:** 28 July 2025
**Amount Sent:** USD 2,275,000.00

## Transaction Summary

**Account Number:** ▮▮▮▮

**Order Date:** 28/07/2025

**Ordered By:** Mr. Shekhar Kumar

**Required funds for Payment:** USD 2,275,000.00

## Payment Details

**Payment Instruction (Amount sent):** USD 2,275,000.00

**Value Date:** 28/07/2025

**Beneficiary:** First Brands Group, LLC

**Beneficiary Bank Name:** Bank of America, National Association

**Beneficiary Account:** ▮▮▮▮▮▮▮▮

**Payment reference:** Global Technologies S.a.r.l. PI5378948

**UETR:** bc4f7d22-4f5a-47bd-b1dc-51ff0a4e3060

## Thank you for choosing Ebury.

Contact your Corporate Foreign Exchange Consultant on +352 28 26 11 17 if you have any questions .
This is a Transaction Receipt as per Ebury Partners Belgium NV's Terms and Conditions.

# Ebury

53, Boulevard Royal
L-2449 Luxembourg
+352 28 26 11 17 | EIS@ebury.com | https://www.ebury.lu/

**Client Details**

Global Technologies S.a.r.l.
5 Rue Guillaume J. Kroll,
Cessanage
Cessanage
L-1882 · Luxembourg

# Payment Receipt

Receipt Nr. EBPPI5383806

**Value Date:** 29 July 2025
**Amount Sent:** USD 3,375,000.00

## Transaction Summary

**Account Number:** ▉▉▉▉

**Order Date:** 29/07/2025

**Ordered By:** Mr. Shekhar Kumar

**Required funds for Payment:** USD 3,375,000.00

## Payment Details

**Payment Instruction (Amount sent):** USD 3,375,000.00

**Value Date:** 29/07/2025

**Beneficiary:** First Brands Group, LLC

**Beneficiary Bank Name:** Bank of America, National Association

**Beneficiary Account:** ▉▉▉▉▉▉▉▉▉

**Payment reference:** Global Technologies S.a.r.l. EBPOTR4274210

**UETR:** 3f790985-24e3-4a65-b1f9-8470704a5854

## Thank you for choosing Ebury.

Contact your Corporate Foreign Exchange Consultant on +352 28 26 11 17 if you have any questions .
This is a Transaction Receipt as per Ebury Partners Belgium NV's Terms and Conditions.