UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| FIRST BRANDS GROUP, *et al.*,[1] | § | Case No. 25-90399 (CML) |
| | § | |
| Debtors. | § | (Jointly Administered) |
| | § | |
| FIRST BRANDS GROUP, et al., | § | |
| | § | |
| Plaintiffs | § | |
| | § | |
| vs. | § | Adv. Proc. No. 25-3803(CML) |
| | § | |
| PATRICK JAMES, THE PATRICK JAMES TRUST, ALBION REALTY, LLC, ALESTER TECHNOLOGIES LLC, BATTERY PARK HOLDINGS LLC, BOND STREET ASSET MANAGEMENT LLC, IGNITE ACQUISITION HOLDINGS LLC, LARCHMONT LLC, PEGASUS AVIATION LLC, JOHN DOE(S) 1-100, AND ABC CORPORATION(S) 1-100, | § | |
| | § | |
| Defendants. | § | |

**DEFENDANTS' WITNESS AND EXHIBIT LIST FOR
HEARING SCHEDULED FOR NOVEMBER 10, 2025**

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https:// restructuring.ra.kroll.com/firstbrands.  The Debtors' service list for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

| | |
|---|---|
| **Main Case No**: 25-90399 (CML) | **Name of Debtor**: First Brands Group, LLC, *et al.* |
| **Adversary Proceeding**: 25-3803 (CML) | |
| | |
| | **Judge**: Christopher Lopez |
| **Witnesses:** | **Courtroom Deputy**: Yesenia Lila |
| Charles M. Moore | **Hearing Date and Time**: November 10, 2025, at 9:00 a.m. |
| Any witness called or designated by any other party | **Party's Name**: Patrick James, *et al.* |
| Any witness necessary to rebut the evidence or testimony of any witness offered or designated by any other party | **Attorneys' Name**: James C. Tecce, Erica S. Weisgerber, Cameron Kelly |
| | **Attorneys' Phone**: 713-221-7000 |
| | **Nature of Proceeding**: Emergency *Ex Parte* Application for Preliminary Injunction Relief, Including an Emergency Motion for a Temporary Restraining Order, Preliminary Injunction, and Request for Hearing (Docket No. 18) |

## **EXHIBITS**

| EXHIBIT NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED/ NOT ADMITTED | DISPOSITION |
|---|---|---|---|---|---|
| A | Emergency Motion of Debtors for Order (I) Authorizing Debtors to (A) Pay Prepetition Wages, Salaries, Employee Benefits, and Other Obligations and (B) Continue Compensation and Benefits Programs in Ordinary Course, and (II) Granting Related Relief (Docket No. 16 filed in Case 25-90399) | | | | |
| B | Declaration of Charles M. Moore in Support of Debtors' Chapter 11 Petitions (Docket No. 22 filed in Case 25-90399) | | | | |
| C | Declaration of Charles M. Moore in Support of Debtors' First Day Relief (Docket No. 51 filed in Case 25-90399) | | | | |

2

| EXHIBIT NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED/ NOT ADMITTED | DISPOSITION |
|---|---|---|---|---|---|
| D | Declaration of Charles M. Moore in Support of Emergency Motion of Debtors for Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Financing, (B) Use Cash Collateral, and (C) Grant Liens and Provide Superpriority Administrative Expense Claims; (II) Granting Adequate Protection to Prepetition Secured Parties; (III) Modifying the Automatic Stay; (IV) Scheduling a Final Hearing; and (V) Granting Related Relief (Docket No. 62 filed in Case 25-90399) | | | | |
| E | Order Granting Temporary Restraining Order (Docket No. 14 filed in Adversary 25-3803) | | | | |
| F | Letter dated October 24, 2025, from Weil, Gotshal & Manges LLP to Debevoise & Plimpton LLP re Novares Subsidiaries (Docket No. 25-2 filed in Adversary 25-3803) | | | | |
| G | Ebury Payment Receipts (Docket No. 25-3 filed in Adversary 25-3803) | | | | |
| H | Supplemental Declaration of Charles M. Moore in Support of DIP Motion (Docket No. 527 filed in 25-90399) | | | | |
| I | Stipulation and Order entered November 6, 2025 (Docket No. 28 filed in Adversary 25-3803) | | | | |
| J | Resignation letter dated November 5, 2025, from Saad Madani to the Members and Management of Certain Affiliates of Neptune Industries Holdings LLC | | | | |
| K | Resignation letter dated November 5, 2025, from Frederic Sipahi Ozgur to the | | | | |

3

| EXHIBIT NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED/ NOT ADMITTED | DISPOSITION |
|---|---|---|---|---|---|
|  | Members and Management of Certain Affiliates of Neptune Industries Holdings LLC |  |  |  |  |
| L | Resignation letter dated November 5, 2025, from Saad Madani to the Members and Management of Certain Affiliates of Neptune Industrial I S.a.r.l. |  |  |  |  |
| M | Resignation letter dated November 5, 2025, from Frederic Sipahi Ozgur to the Members and Management of Certain Affiliates of Neptune Industrial I S.a.r.l. |  |  |  |  |
| N | Rebuttal exhibits (if any) |  |  |  |  |
| O | Any other pleading filed by a party in this case |  |  |  |  |
| P | Any exhibit identified or offered by any other party |  |  |  |  |

Defendants reserve the right to supplement or amend this Witness and Exhibit List at any time before the Hearing.

Respectfully submitted this 7th day of November, 2025.

        **QUINN EMANUEL URQUHART & SULLIVAN, LLP**

        By: */s/ Cameron Kelly*
        Cameron Kelly (SBN 24120936)
        700 Louisiana, Suite 3900
        Houston, Texas 77002
        Telephone: 713-221-7000
        Email: cameronkelly@quinnemanuel.com

        -and-

        Michael B. Carlinsky (*pro hac vice*)
        William A. Burck (*pro hac vice*)
        James C. Tecce (*pro hac vice*)
        Scott Hartman (*pro hac vice*)
        Eric Kay (*pro hac vice*)
        Reece Pelley (*pro hac vice*)
        Grace Sullivan (*pro hac vice*)
        295 Fifth Avenue
        New York, New York 10016
        Telephone: 212-849-7000
        Email: michaelcarlinsky@quinnemanuel.com
        Email: williamburck@quinnemanuel.com
        Email: jamestecce@quinnemanuel.com
        Email scotthartman@quinnemanuel.com
        Email: erickay@quinnemanuel.com
        Email: reecepelley@quinnemanuel.com
        Email: gracesullivan@quinnemanuel.com

        -and-

**DEBEVOISE & PLIMPTON LLP**

Natasha Labovitz (*pro hac vice*)
Erica S. Weisgerber (*pro hac vice*)
Matthew Sorensen (*pro hac vice*)
Chris Ceresa (*pro hac vice*)
66 Hudson Boulevard
New York, New York 10001
Telephone: 212-909-6000
Email: nlabovitz@debevoise.com
Email: eweisgerber@debevoise.com
Email: mjsorensen@debevoise.com
Email: cjceresa@debevoise.com

*Counsel to the Defendants*

## CERTIFICATE OF SERVICE

I, Cameron Kelly, hereby certify that on November 7, 2025, I caused a true and correct copy of the foregoing document to be served by the Court's CM/ECF system on all parties entitled to notice, and was served by electronic mail on the Debtors' counsel.

/s/ Cameron Kelly
Cameron Kelly

6