IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

---

| | | |
|---|---|---|
| **In re** | : | Chapter 11 |
| **FIRST BRANDS GROUP, LLC,** *et al.*,[1] | : | Case No. 25-90399 (CML) |
| Debtors. | : | (Jointly Administered) |

---

| | | |
|---|---|---|
| **FIRST BRANDS GROUP, LLC,** *et al.*, | : | |
| Plaintiffs, | : | Adv. Pro. No. 25-03803 (CML) |
| v. | : | |
| **PATRICK JAMES, THE PATRICK JAMES TRUST, ALBION REALTY, LLC, ALESTER TECHNOLOGIES LLC, BATTERY PARK HOLDINGS LLC, BOND STREET ASSET MANAGEMENT LLC, IGNITE ACQUISITION HOLDINGS LLC, LARCHMONT LLC, PEGASUS AVIATION, LLC, JOHN AND JANE DOE(S) 1-100, and ABC CORPORATION(S) 1-100,** | : | |
| Defendants. | : | |

### DEBTORS' SUPPLEMENTAL EXHIBIT LIST
### FOR HEARING ON NOVEMBER 10, 2025

First Brands Group, LLC and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), hereby file this supplemental

---

[1] A complete list of Debtors in these chapter 11 cases may be obtained on the website of Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

**DEBTORS' SUPPLEMENTAL EXHIBIT LIST**
**FOR HEARING ON NOVEMBER 10, 2025 – Page 1 of 5**

exhibit list (the "**Supplemental Exhibit List**") for the hearing scheduled for **November 10, 2025 at 3:00 p.m. (Prevailing Central Time)** (the "**Hearing**"):

## SUPPLEMENTAL EXHIBITS

The Debtors may offer into evidence any one or more of the following exhibits:

| EXHIBIT NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 51. | First Brands Group, LLC Organizational Chart | | | | |
| 52. | December 1, 2024 to December 31, 2024 Wells Fargo Statement for Bowery Finance II, LLC bank account (filed under seal) | | | | |
| 53. | December 21, 2024 to September 6, 2025 entries from First Brands Group, LLC schedule of total payments due to factoring entities (filed under seal) | | | | |
| 54. | December 26, 2024 Microsoft Teams message from J. DiFranco to N. Crighton (filed under seal) | | | | |
| 55. | December 27, 2024 Microsoft Teams message from A. Brumbergs to N. Crighton (filed under seal) | | | | |
| 56. | December 27, 2024 Microsoft Teams message from A. Brumbergs to N. Crighton (filed under seal) | | | | |
| 57. | December 27, 2024 Microsoft Teams message from N. Crighton to J. English (filed under seal) | | | | |
| 58. | December 27, 2024 Microsoft Teams message from N. Crighton to A. Brumbergs (filed under seal) | | | | |

| EXHIBIT NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 59. | December 27, 2024 Microsoft Teams message from N. Crighton to A. Brumbergs (filed under seal) | | | | |
| 60. | July 25, 2025 Microsoft Teams message from M. Chernyavskiy to N. Crighton, J. DiFranco, and E. French (filed under seal) | | | | |
| 61. | July 25, 2025 Microsoft Teams message from N. Crighton to J. DiFranco, E. French, and M. Chernyavskiy (filed under seal) | | | | |
| 62. | July 25, 2025 Microsoft Teams message from J. DiFranco to N. Crighton, E. French, and M. Chernyavskiy (filed under seal) | | | | |
| 63. | July 25, 2025 Microsoft Teams message from N. Crighton to J. DiFranco, E. French, and M. Chernyavskiy (filed under seal) | | | | |
| 64. | July 25, 2025 Microsoft Teams message from M. Chernyavskiy to N. Crighton, J. DiFranco, and E. French (filed under seal) | | | | |
| 65. | July 1, 2025 to July 31, 2025 Wells Fargo Statement for Bowery Finance II, LLC bank account (filed under seal) | | | | |
| 66. | July 23, 2025 to April 8, 2026 entries from First Brands Group, LLC schedule of payments due to factoring entities (filed under seal) | | | | |

**RESERVATION OF RIGHTS**

The Debtors reserve the right to introduce one or more, or none, of the exhibits listed above, and further reserve the right to supplement this list at any time prior to the Hearing.

Dated: November 9, 2025
Houston, Texas

Respectfully submitted,

 /s/  Clifford W. Carlson
WEIL, GOTSHAL & MANGES LLP
Gabriel A. Morgan (24125891)
Clifford W. Carlson (24090024)
700 Louisiana Street, Suite 3700
Houston, Texas 77002
Telephone:  (713) 546-5000
Facsimile:  (713) 224-9511
Email:   gabriel.morgan@weil.com
             clifford.carlson@weil.com

-and-

WEIL, GOTSHAL & MANGES LLP
Matthew S. Barr (admitted *pro hac vice*)
Sunny Singh (admitted *pro hac vice*)
Andriana Georgallas (admitted *pro hac vice*)
Kevin Bostel (admitted *pro hac vice*)
Jason H. George (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
Email:   matt.barr@weil.com
             sunny.singh@weil.com
             andriana.georgallas@weil.com
             kevin.bostel@weil.com
             jason.george@weil.com

*Proposed Attorneys for Debtors*
*and Debtors in Possession*

**Certificate of Service**

    I hereby certify that on November 9, 2025, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                    /s/ Clifford W. Carlson
                                                    Clifford W. Carlson