Electronic Appearance Sheet

Amila Golic, Winston & Strawn LLP
Client(s): Bank of America, N.A. as ABL Agent

John Higgins, Porter Hedges LLP
Client(s): Carnaby II

Benjamin Butterfield, Morrison & Foerster, LLP
Client(s): Onset Financial

Anthony Fiotto, Morrison & Foerster, LLP
Client(s): Onset Financial

Bryan Kotliar, Morrison & Foerster, LLP
Client(s): Onset Financial

Amila Golic, Winston & Strawn LLP
Client(s): Bank of America N.A.

Daniel McGuire, Winston & Strawn LLP
Client(s): Bank of America N.A.

Nili Moghaddam, Weil, Gotshal & Manges LLP
Client(s): First Brands Group, LLC , et al

Clifford Carlson, Weil, Gotshal & Manges LLP
Client(s): First Brands Group, LLC , et al

Robert Niles-Weed, Weil, Gotshal & Manges LLP
Client(s): First Brands Group, LLC , et al

Jacob Broadway, McGuireWoods LLP
Client(s): Ford Motor Co.

Frank Guadagnino, McGuireWoods LLP
Client(s): Ford Motor Co.

Mark Freedlander, McGuireWoods LLP
Client(s): Ford Motor Co.

Blaire A. Cahn, Baker & McKenzie LLP
Client(s): Arab Banking Corporation B.S.C.

Cameron Kelly, Quinn Emanuel Urquhart & Sullivan, LLP
Client(s): Patrick James

James Tecce, Quinn Emanuel Urquhart & Sullivan, LLP
Client(s): Patrick James

Electronic Appearance Sheet

Scott Hartman, Quinn Emanuel Urquhart & Sullivan, LLP
Client(s): Patrick James

Reece Pelley, Quinn Emanuel Urquhart & Sullivan, LLP
Client(s): Patrick James

Matthew Sorensen, Debevoise & Plimpton LLP
Client(s): Patrick James

Erica Weisgerber, Debevoise & Plimpton LLP
Client(s): Patrick James

Steven Tyrrell, Brown Rudnick
Client(s): Official Committee of Unsecured Creditors

M. Kimberly Stagg, Dickinson Wright PLLC
Client(s): FCA US LLC

David Seifer, Dickinson Wright PLLC
Client(s): FCA US LLC

Ron Mullins, ETSI
Client(s): ETSI

John Higgins, Porter Hedges LLP
Client(s): Carnaby II and III Secured Parties

Steven Tyrrell, Brown Rudnick
Client(s): Official Committee of Unsecured Creditors

Erica Weisgerber, Debevoise & Plimpton LLP
Client(s): Patrick James and related entities