United States Bankruptcy Court
Southern District of Texas

**ENTERED**

November 12, 2025

Nathan Ochsner, Clerk

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 25-90399 |
| FIRST BRANDS GROUP, LLC, | § | |
| | § | CHAPTER 11 |
| Debtor. | § | |
| | § | |
| FIRST BRANDS GROUP, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | ADVERSARY NO. 25-3803 |
| | § | |
| SEALED DEFENDANTS, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER DENYING APPLICATION FOR PRELIMINARY JUDGMENT
### (ECF NO. 18)

The application for a preliminary injunction is denied for the reasons stated on the record at the November 12, 2025 oral ruling.

Signed on November 12, 2025

Christopher Lopez
United States Bankruptcy Judge