**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| | X | |
| | : | |
| **In re** | : | |
| | : | **Chapter 11** |
| **FIRST BRANDS GROUP, LLC,** *et al.*, [1] | : | **Case No. 25-90399 (CML)** |
| | : | **(Jointly Administered)** |
| **Debtors.** | : | |
| | X | |
| | : | |
| **FIRST BRANDS GROUP, LLC,** *et al.*, | : | |
| | : | |
| **Plaintiffs,** | : | |
| | : | |
| **v.** | : | **Adversary Pro. No. 25-03803 (CML)** |
| | : | |
| **PATRICK JAMES, THE PATRICK JAMES TRUST, ALBION REALTY, LLC, ALESTER TECHNOLOGIES LLC, BATTERY PARK HOLDINGS LLC, BOND STREET ASSET MANAGEMENT LLC, IGNITE ACQUISITION HOLDINGS LLC, LARCHMONT LLC, PEGASUS AVIATION, LLC, JOHN AND JANE DOE(S) 1-100, and ABC CORPORATION(S) 1-100,** | : : : : : : : : : : : : | |
| | : | |
| **Defendants.** | : | |

**JOINT STATEMENT REGARDING SCHEDULING PROPOSALS AND DISCOVERY**

1.  First Brands Group, LLC and its debtor affiliates, as debtors and debtors-in-possession in the above-captioned chapter 11 cases (collectively, "**Plaintiffs**" or the "**Debtors**," together with non-debtor affiliates, "**First Brands**" or the "**Company**"), and Patrick James, The Patrick James Trust, Albion Realty, LLC, Alester Technologies LLC, Battery Park Holdings LLC,

---

[1]      A complete list of the debtors in these chapter 11 cases may be obtained on the website of the debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

Bond Street Asset Management LLC, Ignite Acquisition Holdings LLC, Larchmont LLC, and Pegasus Aviation, LLC (collectively, "**Defendants**") hereby respectfully submit this Joint Statement Regarding Scheduling Proposals and Discovery in connection with the above-captioned adversary proceeding (the "**Proceeding**").

2.       Pursuant to Rule 26(f) of the Federal Rules of Civil Procedure (the "**Federal Rules**"), made applicable by Rule 7026 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), the Parties met and conferred on November 24, 2025 regarding an appropriate schedule in this Proceeding.

3.       The Parties agree to dispense with the requirement to exchange initial disclosures pursuant to Rule 26(a) of the Federal Rules, but agree to identify in good faith by the deadline set forth below individuals likely to have discoverable information in support of a claim or defense, including third parties.

4.       The Parties agree that the Agreed Protective Order (the "**Protective Order**") entered on October 23, 2025 (ECF No. 408) applies to this Proceeding and that the Parties are bound by that Protective Order.

5.       The Parties propose the following schedule:

| Event | Date |
|---|---|
| Deadline to respond to Complaint | December 15, 2025 |
| Deadline to identify in good faith individuals likely to have discoverable information in support of a claim or defense, including third parties | December 15, 2025 |
| Deadline for substantial completion of document productions from Parties (which shall begin promptly and proceed on a rolling basis) | February 13, 2026 |
| Deadline for Parties to identify in good faith individuals likely to submit declarations in support of a motion for summary judgment or provide testimony at trial | February 18, 2026 |

| Event | Date |
|---|---|
| Deadline to serve deposition notices, except as to expert witnesses | February 23, 2026 |
| Deadline to complete fact discovery from Parties | March 9, 2026 |
| Deadline to file and serve discovery motions | March 18, 2026 |
| Deadline to serve initial expert reports | April 1, 2026 |
| Deadline to produce all documents and information required to be disclosed under Fed. R. Civ. P. 26(a)(2) in connection with initial expert reports | April 2, 2026 |
| Deadline to serve rebuttal expert reports | April 29, 2026 |
| Deadline to produce all documents and information required to be disclosed under Fed. R. Civ. P. 26(a)(2) in connection with rebuttal expert reports | April 30, 2026 |
| Deadline to serve deposition notices for expert witnesses | May 1, 2026 |
| Deadline to complete expert discovery | May 13, 2026 |
| Deadline to exchange witness and exhibit lists and deposition designations | May 13, 2026 |
| Deadline to exchange counter-deposition designations | May 20, 2026 |
| Deadline to submit pretrial briefs (in lieu of pretrial order) | May 22, 2026 |
| Final pretrial conference | One week prior to trial |
| Trial | A date in early June, to be determined by the Court |

6.      A Party may stipulate with any other Party or Parties to waive or modify any of the

dates or deadlines set forth in this schedule without further Order of the Court, other than the final

pretrial conference and trial dates.


Dated:      November 26, 2025
            Houston, Texas

/s/ Clifford W. Calson
**WEIL, GOTSHAL & MANGES LLP**
Gabriel A. Morgan (24125891)
Clifford W. Carlson (24090024)
700 Louisiana Street, Suite 3700
Houston, Texas 77002
Telephone:  (713) 546-5000
Facsimile:  (713) 224-9511
Email:  gabriel.morgan@weil.com
            clifford.carlson@weil.com

-and-

**WEIL, GOTSHAL & MANGES LLP**
Matthew S. Barr (admitted *pro hac vice*)
Sunny Singh (admitted *pro hac vice*)
David Lender (admitted *pro hac vice*)
Nili T. Moghaddam (admitted *pro hac vice*)
Robert Niles-Weed (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
Email:   matt.barr@weil.com
        sunny.singh@weil.com
        david.lender@weil.com
        nili.moghaddam@weil.com
        robert.niles-weed@weil.com

*Proposed Attorneys for Debtors*
*and Debtors in Possession*

4

*/s/ Erica S. Weisgerber*
**DEBEVOISE & PLIMPTON LLP**
Erica S. Weisgerber (admitted *pro hac vice*)
Matthew J Sorensen (admitted *pro hac vice*)
66 Hudson Boulevard
New York, NY  10001
Telephone: (212) 909-6000
eweisgerber@debevoise.com
mjsorensen@debevoise.com

*/s/ Cameron Kelley*
**QUINN EMANUEL URQUHART & SULLIVAN LLP**
Cameron Kelley (TX SBN: 24120936)
700 Louisiana Street, Suite 3900
Houston, Texas 77002
Telephone: (713) 221-7000
cameronkelly@quinnemanuel.com

-and-

Michael B. Carlinsky (admitted *pro hac vice*)
James C. Tecce (admitted *pro hac vice*)
Scott Hartman (admitted *pro hac vice*)
Anil Makhijani (admitted *pro hac vice*)
Reece Pelley (admitted *pro hac vice*)
Grace Sullivan (admitted *pro hac vice*)
295 Fifth Avenue
New York, New York 10016
Telephone: (212) 849-7000
michaelcarlinsky@quinnemanuel.com
williamburck@quinnemanuel.com
jamestecce@quinnemanuel.com
scotthartman@quinnemanuel.com
erickay@quinnemanuel.com
reecepelley@quinnemanuel.com
gracesullivan@quinnemanuel.com

*Attorneys for Defendants Patrick James, The Patrick James Trust, Albion Realty, LLC, Alester Technologies LLC, Battery Park Holding LLC, Bond Street Asset Management LLC, Ignite Acquisition Holdings LLC, Larchmont LLC, Pegasus Aviation, LLC*

5

## <u>CERTIFICATE OF SERVICE</u>

I, Clifford W. Carlson, certify that on November 26, 2025, I caused a true and correct copy of the foregoing document to be served by the Court's CM/ECF system on all parties entitled to notice, and to be served by electronic mail on Defendants' counsel.

/s/ *Clifford W. Carlson*

Clifford W. Carlson
