IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>FIRST BRANDS GROUP, LLC *et al.*,<br><br>    Debtors.[1] | Chapter 11<br>Case No. 25-90399 (CML)<br>(Jointly Administered) |
| FIRST BRANDS GROUP, LLC *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>PATRICK JAMES, THE PATRICK JAMES TRUST, ALBION REALTY, LLC, ALESTER TECHNOLOGIES LLC, BATTERY PARK HOLDINGS LLC, BOND STREET ASSET MANAGEMENT LLC, IGNITE ACQUISITION HOLDINGS LLC, LARCHMONT LLC, PEGASUS AVIATION, LLC, JOHN AND JANE DOE(S) 1-100, and ABC CORPORATION(S) 1-100,<br><br>    Defendants. | Adv. Pro. No. 25-03803 (CML) |

**NOTICE OF HEARING**

**PLEASE TAKE NOTICE** that a hearing has been scheduled for **January 7, 2026 at 9:00 a.m. CST,** ( the "Hearing") on the *Motion of Onset Financial, Inc. for Entry of an Order Pursuant to Federal Rule Of Civil Procedure 24 and Federal Rule of Bankruptcy Procedure 7024 Authorizing Intervention in Adversary Proceeding* [Docket Nos. 71 and 72] (the "Motion"), before the Honorable Christopher Lopez, United States Bankruptcy Judge, 515 Rusk Street, Courtroom 401, Houston, Texas 77002.

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

4903-7951-9839v.1

**PLEASE TAKE FURTHER NOTICE** that parties may attend the Hearing either in person or by audio/video communication, as follows:

**Telephonic Participation**
Dial-in Telephone No: 832-917-1510
Conference Code: 590153

**Video Participation**
https://www.gotomeet.me/JudgeLopez

**PLEASE TAKE FURTHER NOTICE** that electronic appearances for the Hearing must be submitted in advance. To enter an appearance, click the "Submit Electronic Appearance" link on Judge Lopez's home page, select the case name, complete the required fields, and click "Submit" to finalize your appearance.

Dated: December 15, 2025
Houston, Texas

Respectfully Submitted,

**MUNSCH HARDT KOPF & HARR, P.C.**

*/s/ Deborah M. Perry*
Deborah M. Perry
Texas Bar No. 24002755
700 Milam St., Suite 800
Houston, TX 77002
Phone: (713) 222-1470
Fax: (713) 222-1475
E-mail: dperry@munsch.com

**MORRISON & FOERSTER LLP**
James Newton (admitted pro hac vice)
Ben Butterfield (admitted pro hac vice)
Bryan Kotliar (admitted pro hac vice)
250 West 55th Street
New York, NY 10019
Email: jnewton@mofo.com
Email: bbutterfield@mofo.com
Email: bkotliar@mofo.com

Brian R. Michael (admitted pro hac vice)
707 Wilshire Boulevard
Los Angeles, CA 90017-3543
Email: bmichael@mofo.com

4903-7951-9839v.1

>Anthony S. Fiotto (admitted pro hac vice)
>Julia Koch (admitted pro hac vice)
>John Hancock Tower
>200 Clarendon Street, Floor 21
>Boston, MA 02116
>Email: afiotto@mofo.com
>Email: jkoch@mofo.com
>
>*Attorneys for Onset Financial, Inc.*

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing has been served upon all parties who receive ECF notification in the Adversary Proceeding via the Court's ECF system on the 15th day of December 2025.

>*/s/ Deborah M. Perry*
>Deborah M. Perry

4903-7951-9839v.1