# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| FIRST BRANDS GROUP, *et al.*,[1] | § | Case No. 25-90399 (CML) |
| | § | |
| Debtors. | § | (Jointly Administered) |
| | | |
| FIRST BRANDS GROUP, et al., | § | |
| | § | |
| Plaintiffs | § | |
| | § | |
| vs. | § | Adv. Proc. No. 25-3803(CML) |
| | § | |
| PATRICK JAMES, THE PATRICK JAMES TRUST, ALBION REALTY, LLC, ALESTER TECHNOLOGIES LLC, BATTERY PARK HOLDINGS LLC, BOND STREET ASSET MANAGEMENT LLC, IGNITE ACQUISITION HOLDINGS LLC, LARCHMONT LLC, PEGASUS AVIATION LLC, JOHN DOE(S) 1-100, AND ABC CORPORATION(S) 1-100, | § | |
| | § | |
| Defendants. | § | |

**DEFENDANTS' WITNESS AND EXHIBIT LIST FOR
HEARING SCHEDULED FOR JANUARY 7, 2026**

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https:// restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

| | |
|---|---|
| **Main Case No**: 25-90399 (CML) | **Name of Debtor**: First Brands Group, LLC, *et al.* |
| **Adversary Proceeding No.**: 25-3803 (CML) | |
| | **Judge**: Christopher Lopez |
| **Witnesses:** | **Courtroom Deputy**: Yesenia Lila |
| Any witness called or designated by any other party | **Hearing Date and Time**: January 7, at 9:00 a.m. |
| Any witness necessary to rebut the evidence or testimony of any witness offered or designated by any other party | **Party's Name**: Patrick James, The Patrick James Trust, Albion Realty, LLC, Alester Technologies LLC, Battery Park Holdings LLC, Bond Street Asset Management LLC, Ignite Acquisition Holdings LLC, Larchmont LLC, Pegasus Aviation LLC |
| | **Attorneys' Names**:  See signature blocks |
| | **Attorneys' Phone**: See signature blocks |
| | **Nature of Proceeding**: Motion of Onset Financial, Inc. for Entry of an Order Pursuant to Federal Rule of Civil Procedure 24 and Federal Rule of Bankruptcy Procedure 7024 Authorizing Intervention in Adversary Proceeding (Docket No. 71) |

## **EXHIBITS**

| EXHIBIT NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED/ NOT ADMITTED | DISPOSITION |
|---|---|---|---|---|---|
| | Rebuttal exhibits (if any) | | | | |
| | Any pleading or document filed by a party in the above captioned cases | | | | |
| | Any exhibit identified or offered by any other party | | | | |

Defendants reserve the right to supplement or amend this Witness and Exhibit List at any time before the Hearing.

Respectfully submitted this 5th day of January 2026.

        **QUINN EMANUEL URQUHART & SULLIVAN, LLP**

        By: */s/ Cameron Kelly*
        Cameron Kelly (SBN: 24120936)
        700 Louisiana, Suite 3900
        Houston, Texas 77002
        Telephone: 713-221-7000
        Email: cameronkelly@quinnemanuel.com

        Michael B. Carlinsky (admitted *pro hac vice*)
        James C. Tecce (admitted *pro hac vice*)
        Scott Hartman (admitted *pro hac vice*)
        Eric S. Kay (admitted *pro hac vice*)
        Reece Pelley (admitted *pro hac vice*)
        Grace Sullivan (admitted *pro hac vice*)
        295 Fifth Avenue
        New York, New York 10016
        Telephone: 212-849-7000

        **DEBEVOISE & PLIMPTON LLP**

        By: */s/ Erica S. Weisgerber*
        Erica S. Weisgerber (admitted *pro hac vice*)
        Matthew J. Sorensen (admitted *pro hac vice*)
        66 Hudson Boulevard
        New York, New York 10001
        Telephone: 212-909-6000
        Email: eweisgerber@debevoise.com
        Email: mjsorensen@debevoise.com

        *Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

     I hereby certify that on January 5, 2026, I served a true and correct copy of the above and foregoing instrument via the Court's EM/ECF electronic system to all parties consenting to service through the same, and on all parties required by Local Rule 4001-1(a)(4).

                                            */s/ Cameron Kelly*
                                            Cameron Kelly