UNITED STATES BANKRUPTCY COURT     SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Main Case Number | 9:25-bk-90669 |
|---|---|---|---|
| | Debtor | In Re: | Pine Gate Renewables, LLC |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Thomas Scott Leo<br>The Law Offices of T. Scott Leo<br>100 N. LaSalle St.<br>Chicago, IL 60602<br>312-857-0910, sleo@leolawpc.com<br>Illinois, 3127352 |
|---|---|

| Name of party applicant seeks to appear for: | Swiss Re Corporate Solutions America Insurance Company |
|---|---|

Has applicant been sanctioned by any bar association or court?  Yes _____   No ✔

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 11/10/2025 | Signed: [signature] |
|---|---|

The state bar reports that the applicant's status is:

| Dated: | Clerk's signature: |
|---|---|

**Order**     This lawyer is admitted *pro hac vice*.

Dated: _____     _____
United States Bankruptcy Judge