IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In Re:<br><br>PINE GATE RENEWABLES, LLC, et al.[1],<br><br>Debtors. | Case No.: 25-90669 (CML)<br><br>Chapter 11<br><br>Jointly Administered |

**GALLATIN POWER PARTNERS, LLC'S NOTICE OF WITHDRAWAL OF EMERGENCY MOTION FOR RELIEF FROM AUTOMATIC STAY AS TO SUNSTONE PROJECT**

**PLEASE TAKE NOTICE** that Gallatin Power Partners, LLC hereby withdraws its *Motion for Relief from Automatic Stay with Respect to Sunstone Project* [Docket No. 220].

Dated: November 29, 2025.

                                                  */s/ Brian M. Rothschild*
                                                  Brian M. Rothschild (*pro hac vice*)
                                                  Elliott D. McGill (*pro hac vice*)
                                                  *Attorneys for Gallatin Power Partners, LLC*

---

[1] A complete list of the Debtors in this Chapter 11 case may be obtained at https://omniagentsolutions.com/PGR.

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on November 29, 2025, a true and correct copy of the foregoing **NOTICE OF WITHDRAWAL OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY** was filed via the United States Bankruptcy Court's Electronic Case Filing system, which sent notification of the filing to all registered parties and attorneys of record.

*/s/ Brian M. Rothschild*
Brian M. Rothschild