**UNITED STATES BANKRUPTCY COURT FOR**
**THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

---

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| PINE GATE RENEWABLES, LLC, *et al.*, | : | Case No. 25-90669 (CML) |
| | : | |
| Debtors.[1] | : | (Jointly Administered) |
| | : | |

---

### FUNDAMENTAL ADVISORS LP'S WITNESS AND EXHIBIT LIST

Fundamental Advisors LP and certain of its affiliates (collectively "Fundamental") in the cases of the above-captioned debtors and debtors in possession (the "Debtors") hereby submit this witness and exhibit list for the hearing scheduled to commence on December 9, 2025, at 11:00 a.m. (prevailing Central Time) (the "Hearing").

### Witnesses

1. Any witness called or designated by any other party.
2. Any impeachment or rebuttal witness, as necessary.

### Exhibits

| Ex. No. | Description | Judicial Notice | Marked | Offered | Objected | Admitted | Date | Disp. After Trial |
|---|---|---|---|---|---|---|---|---|
| | All exhibits necessary for impeachment purposes. | | | | | | | |
| | Any document entered or filed in the above-styled bankruptcy cases, including any exhibits thereto. | | | | | | | |
| | Any and all documents identified or offered by any other party. | | | | | | | |

---

[1] A complete list of each of the Debtors in these chapter 11 cases (the "Chapter 11 Cases") and the last four digits of each Debtor's taxpayer identification number (if applicable) may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/PGR. The Debtors' mailing address for the purposes of the Chapter 11 Cases is 130 Roberts Street, Asheville, North Carolina 28801.

1

2

## **Reservation of Rights**

Fundamental reserves the right to call or to introduce one or more, or none, of the witnesses and exhibits listed above, and further reserves the right to supplement this list prior to the Hearing.

[*Remainder of page intentionally left blank.*]

Dated: December 5, 2025　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Maegan Quejada*
　　　　　　　　　　　　　　　　　　　　　　　**SIDLEY AUSTIN LLP**
　　　　　　　　　　　　　　　　　　　　　　　Duston K. McFaul (TX Bar No. 24003309)
　　　　　　　　　　　　　　　　　　　　　　　Maegan Quejada (TX Bar No. 24105999)
　　　　　　　　　　　　　　　　　　　　　　　1000 Louisiana Street, Suite 5900
　　　　　　　　　　　　　　　　　　　　　　　Houston, Texas 77002
　　　　　　　　　　　　　　　　　　　　　　　Telephone:　(713) 495-4500
　　　　　　　　　　　　　　　　　　　　　　　Facsimile:　(713) 495-7799
　　　　　　　　　　　　　　　　　　　　　　　Email:　　dmcfaul@sidley.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　mquejada@sidley.com

　　　　　　　　　　　　　　　　　　　　　　　*Counsel to Fundamental*

## **CERTIFICATE OF SERVICE**

I certify that on December 5, 2025, a copy of this document was served by electronic service on all counsel of record via the Court's CM/ECF system.

*/s/ Maegan Quejada*
Maegan Quejada